## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Gant, Deborah Ann

Printed:  9/3/08

Case Number:  04 B 35782
Judge:  Squires, John H
Filed:  9/27/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed:  July 10, 2008
Confirmed:  November 10, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 13,013.36 |  |
| Secured: |  | 7,839.40 |
| Unsecured: |  | 1,687.09 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 673.51 |
| Other Funds: |  | 113.36 |
| Totals: | 13,013.36 | 13,013.36 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Americredit Financial Ser Inc | Secured | 7,839.40 | 7,839.40 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 10.00 | 26.44 |
| 4. | Americredit Financial Ser Inc | Unsecured | 620.13 | 1,639.20 |
| 5. | First Consumers National Bank | Unsecured | 8.11 | 21.45 |
| 6. | Internal Revenue Service | Priority |  | No Claim Filed |
| 7. | Bethany Hospital | Unsecured |  | No Claim Filed |
| 8. | Sinai Medical Group | Unsecured |  | No Claim Filed |
| 9. | Bethany Hospital | Unsecured |  | No Claim Filed |
| 10. | Capital One | Unsecured |  | No Claim Filed |
| 11. | G-Reza Nazarian MD | Unsecured |  | No Claim Filed |
| 12. | Mt Sinai Hospital | Unsecured |  | No Claim Filed |
| 13. | Linebarger Goggan Blair & Simpson | Unsecured |  | No Claim Filed |
| 14. | Robert Hansen | Unsecured |  | No Claim Filed |
| 15. | SBC | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 11,177.64 | $ 12,226.49 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 89.99 |
| 4% | 38.75 |
| 3% | 24.93 |
| 5.5% | 152.28 |
| 5% | 41.52 |
| 4.8% | 86.39 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Gant, Deborah Ann

Printed:  9/3/08

Case Number:  04 B 35782

Judge:  Squires, John H

Filed:  9/27/04

|  | 5.4% | 239.65 |
|---|---|---|
|  |  | _____ |
|  |  | $ 673.51 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: